IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
ELIZABETH WILLIAMSON,      )
                           )
    Plaintiff,             )
                           )     CIVIL ACTION NO.
    v.                     )      2:17cv289-MHT
                           )           (WO)
MICHAEL BENJAMIN           )
WIILIAMSON,                )
                           )
    Defendant.             )
```

ORDER

It is ORDERED that plaintiff's motion or "Application for Entry of Default Pro Tanto" (doc. no. 24) is construed as an application for entry of default to the clerk of court pursuant to Federal Rule of Civil Procedure 55(a).

It is further ORDERED that, to the extent plaintiff's application (doc. no. 24) was intended as a motion for default <u>judgment</u>, said motion is denied, albeit with leave to renew.  Plaintiff may file a properly supported motion for default judgment upon

entry of default by the clerk of court.

DONE, this the 25th day of September, 2018.

                                           /s/ Myron H. Thompson
                                      **UNITED STATES DISTRICT JUDGE**